# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Newton, MA     **Category No.** II     **Investigating Agency** DEA

**City:** Newton
**County:** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number: 25-4075-DHH
Search Warrant Case Number: See Below
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☑ No

**Defendant Name:** Alejandro Franco Diaz     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** "El Dorado"

**Address:**

**Birth date (Yr only):** 1984     **SSN (last 4#):** ___     **Sex:** M     **Race:** White     **Nationality:** Mexican

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** J. Mackenzie Duane     **Bar Number if applicable:** _____

**Interpreter:** ☑ Yes ☐ No     **List language and/or dialect:** Spanish

**Victims:** ☐ Yes ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:**

☑ Already in Federal Custody as of 3/2/2025 in Dona Ana County Detention Center.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/5/2025     **Signature of AUSA:** *[signature]*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Alejandro Franco Diaz

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) | Distribution and possession with intent to distribute 50 grams of more of methamphetamine | 3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-5358-JGD; 23-5525-JGD; 23-5565-JGD; 24-5000-JGD